No. 01–32. GARCIA v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 01–33. HIGHTOWER v. CONTINENTAL CABLEVISION OF JACKSONVILLE. C. A. 11th Cir. Certiorari denied.

No. 01–34. SIEGEL-ROBERT, INC. v. SWOPE ET AL. C. A. 8th Cir. Certiorari denied.

No. 01–36. SCARCELLI v. PENNSYLVANIA. Super. Ct. Pa. Certiorari denied.

No. 01–37. EPISON v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 01–39. CARTER v. RAMIREZ-PALMER, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 01–41. AVERY v. HOUSTON COMMUNITY COLLEGE SYSTEM ET AL. C. A. 5th Cir. Certiorari denied.

No. 01–42. COREY v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 01–43. COCHRAN, CONSERVATOR OF HUNTER v. TRANS-GENERAL LIFE INSURANCE CO. C. A. 6th Cir. Certiorari denied.

No. 01–44. MUELLER v. COMMISSIONER OF INTERNAL REVENUE. C. A. 7th Cir. Certiorari denied.

No. 01–45. MAZZA v. BRATTON, COMMISSIONER OF NEW YORK CITY POLICE DEPARTMENT, ET AL. C. A. 2d Cir. Certiorari denied.

No. 01–47. WHITT v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 01–48. TINSLEY v. WALT DISNEY CO., INC. C. A. 4th Cir. Certiorari denied.

No. 01–49. DENNIS v. OKLAHOMA. C. A. 10th Cir. Certiorari denied.